IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 07-cv-00348-CBS-MJW

GREGORY CLEARY, and
HEATHER CLEARY,
    Plaintiffs,
v.

FENTON TRUCK CENTER, INC., a Missouri corporation,
    Defendant.
_____

ORDER
_____

    The court having reviewed the file, IT IS ORDERED that the September 6, 2007 Preliminary Pretrial Conference (*see* Scheduling Order (doc. # 13) at p. 8) is VACATED.

    DATED at Denver, Colorado, this 1st day of May, 2007.

                                                                      BY THE COURT:

                                                                 s/Craig B. Shaffer
                                                           United States Magistrate Judge