IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00348-CBS-MJW

GREGORY CLEARY, and
HEATHER CLEARY,

Plaintiff(s),

v.

FENTON TRUCK CENTER, INC.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule May 15, 2007 Telephone Status Conference, DN 21, is GRANTED. The Telephone Status Conference set on May 15, 2007, at 9:30 a.m., is VACATED and RESET on May 21, 2007, at 1:30 p.m. Plaintiff's counsel is directed to initiate a conference call and call chambers at (303) 844-2403 at the scheduled time.

Date: May 1, 2007