IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00348-CBS-MJW

GREGORY CLEARY, and
HEATHER CLEARY,

      Plaintiffs,

v.

MISSOURI TRUCK CENTERS,
d/b/a Fenton Truck Center,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Caption (*doc. no. 28)* is **GRANTED**. The caption is modified to identify Defendant as "Missouri Truck Centers, Inc. d/b/a Fenton Truck Center".

**DATED:**    May 10, 2007